**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Alexander Bourdakos*
*Assistant U.S. Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alexander.Bourdakos @usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2051*

October 26, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Tuncurruchich v. Mullin, et al.*, No. 3:26-cv-13636-RK**
**Expedited Response to ECF No. 2**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of their detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1226(a). In accordance with the Court's October 20, 2026 Text Order (ECF No. 2), we respectfully write to inform the Court regarding the status of Petitioner's bond hearing.

Petitioner's bond hearing was conducted on October 23, 2026. However, at the hearing, Petitioner requested to withdraw the bond request, and the Elizabeth Immigration Court granted that request, noting that the bond request was withdrawn without prejudice. Ex. 1 (Oct. 23, 2026 Order of the Immigration Judge).

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a). *See, e.g.*, *Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must exhaust administrative remedies before bringing a habeas petition). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

Thank you very much for your consideration of this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 10/27/26

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: <u>*s/ Alexander Bourdakos*</u>
ALEXANDER BOURDAKOS
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

<u>Encls.</u>